UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

     vs.

MICHAEL ASH,

                                                  **INDICTMENT**

        Defendant.

_____/

     The Grand Jury charges:

## COUNT 1
(Felon in Possession of a Firearm)

On or about December 16, 2018, in Ingham County, in the Southern Division of the

Western District of Michigan,

**MICHAEL ASH,**

being a person who had been convicted of one or more offenses punishable by imprisonment for

a term exceeding one year under the laws of the State of Michigan, knowingly possessed the

following firearm, in and affecting commerce: a loaded Jennings .22 caliber pistol.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(2)

## COUNT 2
(Felon in Possession of a Firearm)

On or about January 14, 2019, in Ingham County, in the Southern Division of the

Western District of Michigan,

**MICHAEL ASH,**

being a person who had been convicted of one or more offenses punishable by imprisonment for

a term exceeding one year under the laws of the State of Michigan, knowingly possessed the

following firearm, in and affecting commerce: a loaded Ruger .45 caliber pistol.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(2)

**FORFEITURE ALLEGATION**
(Felon in Possession of a Firearm)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 922(g)(1) set forth in Counts 1 or 2 of this Indictment, the defendant,

**MICHAEL ASH,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms involved in or used in the offense.  The property to be forfeited includes, but is not limited to, the following property, for the identified Count of the indictment:

1.  Jennings .22 caliber pistol, serial number 356113 (Count 1); and

2.  Ruger .45 caliber pistol, serial number 661-07389 (Count 2).

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
TONYA R. LONG
Assistant United States Attorney